UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Craig Reulbach,** *on behalf of himself and all others similarly situated,* ) ) ) | CASE NO. 1:21 CV 1013 |
| Plaintiff, ) ) | JUDGE PATRICIA A. GAUGHAN |
| Vs. ) ) | |
| **Life Time Fitness, Inc., et al.,** ) ) | **Order of Dismissal** |
| Defendants. ) | |

This Court, having issued its Memorandum of Opinion and Order granting in part defendants' Motion to Compel Arbitration, to Stay Proceedings, and for Attorneys' Fees (Doc. 6), hereby DISMISSES this action.

IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge
Chief Judge

Dated: 6/23/21